**STATE of Missouri, Plaintiff–Respondent,**

v.

**Richard PRUITT, Defendant–Movant.**

**No. 53770.**

Missouri Court of Appeals, Eastern District, Division One.

Nov. 13, 1990.

Michael D. Burton, St. Louis, for defendant-movant.

Christopher M. Kehr, Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant appeals from conviction after a jury trial on two counts of robbery first degree. Section 569.020 RSMo 1986. We affirm. No error of law appears. An extended opinion would not have precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order. Judgment affirmed in accordance with Rule 30.25(b).